UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA PAZ PONCE and WILSON LOZANO REY, individually and on behalf of all other similarly situated,

                Plaintiffs,

-v-

SAFI-G, INC. d/b/a CAFFE BUON GUSTO and NASSER GHORCHIAN, as an individual,

                Defendants.

CIVIL ACTION NO.: 22 Civ. 4341 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On June 16, 2022, the Court scheduled an initial case management conference to be held on **Tuesday, July 5, 2022 at 11:00 am**, in Courtroom 18A, 500 Pearl Street, New York, New York. (ECF No. 13 (the "June 16 Order")).  The June 16 Order directed the parties to file a Report of Rule 26(f) Meeting and Proposed Case Management Plan (the "Conference Submission"), via ECF, signed by counsel for each party.  A template is available at https://www.nysd.uscourts.gov/hon-sarah-l-cave.  To date, the parties have not filed the Conference Submission.  Accordingly, the parties are directed to submit the Conference Submission by **Thursday, June 30, 2022**.

Dated:      New York, New York
              June 29, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**