UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA PAZ PONCE, WILSON LOZANO REY, and SERGIO ALONSO CABRERA MONTOYA, individually, and on behalf of all others similarly situated,

        Plaintiffs,

-v-

SAFI-G, INC. d/b/a CAFFE BUON GUSTO and NASSER GHORCHIAN, as an individual,

        Defendants.

CIVIL ACTION NO.: 22 Civ. 4341 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephonic status conference held today, September 7, 2022, the Court orders that, by **Wednesday, September 14, 2022**, the parties shall serve on one another their written discovery demands, including their initial requests for production, requests for admission, and interrogatories.

Dated:    New York, New York
           September 7, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**