

# HELEN F. DALTON & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

80-02 Kew Gardens Road
Tel. (718) 263-

**Via ECF**:
The Honorable Sarah L Cave, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
Courtroom 18A
New York, NY 10007

Re:   *Ponce et al v. Safi-G, Inc. et al*
      Civil Docket No.: 22-cv-04341 (PGG)(SLC)

Dear Judge Cave:

　　We represent the Plaintiffs, Maria Paz Ponce, Wilson Lozano Rey, and Sergio Alonso Cabrera Montoya, individually and on behalf of all others similarly situated, and Opt-in Plaintiff, Sergio Montoya (collectively, "Plaintiffs") in this FLSA action, and we submit this letter motion, after conferring with, and on the consent of counsel for the Defendants, to respectfully request an adjournment of the parties' Settlement Conference currently scheduled for October 18, 2022 at 10:00 AM.

　　This is first such request for an adjournment on this matter, which counsel for the Defendants has consented to, and which is necessary, as explained below. Moreover, this request for an extension does not affect any other scheduled dates or deadlines in this matter.

　　Pursuant to the telephone conference held on September 7, 2022, an in person settlement conference was scheduled before Your Honor for Tuesday, October 18, 2022 at 10:00 am. *See* Dkt. No. 21. The reason the instant request is being made, however, is that our office will be closed on October 18, 2022, in observance of a religion holiday, which falls on that date.

　　Moreover, if this request is granted, we note that our office will also be closed for the same reason, on October 10, October 11, and October 17, in observance of religious holidays as well. Please also note that Defendants' counsel is unavailable on October 13.

　　Therefore, we respectfully request that the Court adjourn of the parties' Settlement Conference to any other date not listed above, that is convenient for the Court. We thank the Court for its kind consideration on this matter, and we remain available to provide any additional information.

---

The parties' letter-motion requesting an adjournment of the settlement conference scheduled for Tuesday, October 18, 2022 at 10:00 a.m. (ECF No. 22) is GRANTED, and the settlement conference is ADJOURNED to **Wednesday, November 2, 2022 at 10:00 a.m**. All other terms of the Court's Settlement Conference Scheduling Order dated September 7, 2022 (ECF No. 21) remain in full effect.

The Clerk of Court is respectfully directed to close ECF No. 22.

SO ORDERED 10/05/22

SARAH L. CAVE
United States Magistrate Judge

                    Respectfully submitted,

                    */s/ Avraham Y. Scher*
                    Avraham Y. Scher, Esq.

CC:
Michael King, Esq.
Law Office of Michael A. King
41 Schermerhorn Street, Suite 228
Brooklyn, NY 11201
(646)-824-9710
Email: romeo1860@aol.com
***ATTORNEY TO BE NOTICED FOR DEFENDANTS***