UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA PAZ PONCE, WILSON LOZANO REY, and SERGIO ALONSO CABRERA MONTOYA, individually, and on behalf of all others similarly situated,

        Plaintiffs,

-v-

SAFI-G, INC. d/b/a CAFFE BUON GUSTO and NASSER GHORCHIAN, as an individual,

        Defendants.

CIVIL ACTION NO.: 22 Civ. 4341 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court has been advised that the parties have reached a settlement in principle. (ECF min. entry Nov. 2, 2022). Accordingly, the parties shall file a stipulation of dismissal for review and endorsement by the Honorable Paul G. Gardephe by **Thursday, December 1, 2022**.

Dated:    New York, New York
            November 15, 2022

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**