UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA PAZ PONCE, WILSON LOZANO REY, and SERGIO ALONSO CABRERA MONTOYA, <u>individually</u>, <u>and</u> <u>on</u> <u>behalf</u> <u>of</u> <u>all</u> <u>others</u> <u>similarly</u> <u>situated</u>,

               Plaintiffs,

-v-

SAFI-G, INC. d/b/a CAFFE BUON GUSTO and NASSER GHORCHIAN, <u>as</u> <u>an</u> <u>individual</u>,

               Defendants.

CIVIL ACTION NO.: 22 Civ. 4341 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On November 15, 2022, the Court directed the parties to file a stipulation of dismissal (the "Stipulation") by Thursday, December 1, 2022. (ECF No. 24). To date, the parties have failed to file the Stipulation. Accordingly, by **Thursday, December 8, 2022**, the parties shall file the Stipulation for the attention of the Honorable Paul G. Gardephe.

Dated:     New York, New York
            December 2, 2022

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**