UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIA PAZ PONCE, WILSON LOZANO REY, and SERGIO ALONSO CABRERA MONTOYA, individually, and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>-v-<br><br>SAFI-G, INC. d/b/a CAFFE BUON GUSTO and NASSER GHORCHIAN, as an individual,<br><br>      Defendants. | CIVIL ACTION NO.: 22 Civ. 4341 (PGG) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

On November 15, 2022, the Court directed the parties to file a stipulation of dismissal (the "Stipulation") by Thursday, December 1, 2022. (ECF No. 24). The parties failed to file the Stipulation by then. On December 2, 2022, the Court sua sponte extended the parties' deadline to file the Stipulation, and directed that the Stipulation be filed by Thursday, December 8, 2022. (ECF No. 25). Again, the parties failed to file the Stipulation. As a final courtesy, the Court extends the parties' deadline to file the Stipulation to **Thursday, December 15, 2022** for the attention of the Honorable Paul G. Gardephe, or alternatively, file a status letter advising the Court when they anticipate filing the Stipulation.

The parties are warned that failure to comply with this Order may result in a recommendation of sanctions, including dismissal of this action. See Fed. R. Civ. P. 16(f), 37, 41(b).

Dated: New York, New York
December 9, 2022

_____
SARAH L. CAVE
United States Magistrate Judge

2