UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA PAZ PONCE, WILSON LOZANO REY, and SERGIO ALONSO CABRERA MONTOYA, individually and on behalf of all others similarly situated,

                Plaintiffs,

-v-

SAFI-G, INC. d/b/a CAFFE BUON GUSTO and NASSER GHORCHIAN,

                Defendants.

CIVIL ACTION NO.: 22 Civ. 4341 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

By **August 17, 2023**, the parties shall file a joint pretrial order ("JPTO") for the Court's approval pursuant to Rule IV(C) of the undersigned's Individual Practices in Civil Cases. A telephone conference is scheduled for **Thursday, August 24, 2023 at 10:00 a.m.** on the Court's conference line (the "Conference"). The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. At the Conference, the parties shall be prepared to discuss the JPTO, deadlines for further pretrial filings and motions, and dates for trial.

Dated:      New York, New York
             July 21, 2023

SO ORDERED.

_____
**SARAH L. CAVE
United States Magistrate Judge**