

# HELEN F. DALTON & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

**Via ECF**:

The Honorable Sarah L Cave, U.S.M.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

> The Court congratulates the parties on their settlement. The letter-motion at ECF No. 55 is GRANTED. All deadlines and appearances, including the scheduled trial, are CANCELLED. By **December 4, 2023**, the parties shall file a joint motion for settlement approval pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199, 206 (2d Cir. 2015). Plaintiff's motion in limine at ECF No. 49 is DENIED as moot.
>
> The Clerk of Court is respectfully directed to close ECF Nos. 49 and 55, and to terminate the December 1, 2023 conference and the December 11, 2023 jury trial.
>
> SO ORDERED.   11/13/2023
> SARAH L. CAVE
> United States Magistrate Judge

Re:   *Ponce, et al v. Safi-G, Inc., et al.*
      Civil Docket No.: 22-cv-04341 (SLC)

Dear Judge Cave:

    Our office represents Plaintiffs Maria Paz Ponce, Wilson Lozano Rey, and Sergio Alonso Cabrera Montoya ("Plaintiffs") in this FLSA Action, and we respectfully submit this letter motion, jointly and together with Counsel for the Defendants: (1) to apprise the Court that the parties have reached a settlement in principle on all claims asserted by all Plaintiffs herein; (2) to respectfully request that the Court stay all current deadlines in this matter in light of the parties' settlement; and (3) to respectfully request three (3) weeks for the parties to submit their agreement and anticipated motion for settlement approval pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

    As stated above, the parties reasonably anticipate three (3) weeks to be sufficient for the parties to submit their settlement agreement, and a motion for Court approval; moreover, the parties respectfully request that the Court issue an Order staying the deadlines for all submissions and appearances in this matter so that the parties may focus their efforts on preparing and finalizing the above-referenced documents. If this request is granted, the parties can file their above-referenced settlement submissions by December 1, 2023.

    We thank The Court for its kind consideration on this matter, and we remain available to provide any additional information.

Respectfully submitted,

*Avraham Y. Scher*
Avraham Y. Scher, Esq.