

# HELEN F. DALTON & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415
Tel. (718) 263-9591 Fax. (718) 263-9598

**Via ECF**

The Honorable Judge Sarah L. Cave
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

> The parties' request at ECF No. 57 is GRANTED. By **December 11, 2023**, the parties shall file a joint motion for settlement approval pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199, 206 (2d Cir. 2015).
>
> The Clerk of Court is respectfully directed to close ECF No. 57.
>
> SO ORDERED.   12/4/2023
>
> SARAH L. CAVE
> United States Magistrate Judge

Re:   *Ponce, et al v. Safi-G, Inc., et al*
      Civil Docket No.: 22-cv-04341 (SLC)

Dear Judge Cave:

     We represent the Plaintiffs in this FLSA action and we submit this letter motion jointly with counsel for the Defendants to respectfully request a one-week extension of time to file the parties' motion for settlement approval and settlement agreement pursuant to the Court's November 13, 2023 Order. The settlement documents are due to the Court today, December 4, 2023.

     The parties are close to finalizing all documents to be submitted to the Court. We request a one-week extension to finalize and file the settlement documents. If this request is granted, the parties can file on or before December 11, 2023. This is the first request for an extension to file the settlement documents and this request will not affect any other dates or deadlines.

     We thank the Court for its consideration on this matter and we remain available to provide any additional information.

                                          *Respectfully submitted*,

                                          James O'Donnell, Esq.