UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIA PAZ PONCE, WILSON LOZANO REY, and SERGIO ALONSO CABRERA MONTOYA, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br> -v-<br><br>SAFI-G, INC. d/b/a CAFFE BUON GUSTO and NASSER GHORCHIAN,<br><br>      Defendants. | CIVIL ACTION NO. 22 Civ. 4341 (SLC)<br><br>**<u>ORDER</u>** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the parties' joint request for settlement approval (ECF No. 59) and accompanying proposed settlement agreement (ECF No. 59-1 (the "Agreement")).

First, although the Agreement references a Confession of Judgment annexed thereto as "Exhibit A" (ECF No. 59-1 ¶ 2), no such document is attached to the Agreement. By **December 18, 2023**, the parties shall file a complete version of the Agreement including all exhibits internally referenced therein.

Second, the Agreement does not appear to contain a representation that the primary language of Plaintiffs Maria Paz Ponce, Wilson Lozano Rey, and Sergio Alonso Cabrera Montoya is English, or, alternatively, that the Agreement was translated into their primary language(s) prior to execution. (<u>Id.</u>; <u>see</u> ECF No. 1 ¶ 79 (alleging that at least one Plaintiff's primary language is Spanish)). By **December 18, 2023**, Plaintiffs shall file a letter addressing this issue.

Dated:  New York, New York
     December 11, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**