

# HELEN F. DALTON & ASSOCIATES, P.C.
### ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415
Tel. (718) 263-9591 Fax. (718) 263-9598

December 18, 2023

**Via ECF**:
The Honorable Sarah L. Cave, U.S.M.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *Ponce et al v. Safi-G, Inc. et al*
        Civil Docket No.: 22-cv-04341 (SLC)

Dear Judge Cave:

We represent Maria Paz Ponce, Wilson Lozano Rey, and Sergio Alonso Cabrera Montoya ("Plaintiffs") in this FLSA Action, and we respectfully submit this letter pursuant to Your Honor's December 11, 2023 Order.  See Dkt. No. 60.

By way of brief background, on December 11, 2023, the parties filed their Cheeks Motion for Settlement Approval, together with their Fully Executed Settlement Agreement thereto. See Dkt. No. 59.

In response, Your Honor directed that:

"although the Agreement references a Confession of Judgment annexed thereto as "Exhibit A" (ECF No. 59-1 paragraph 2), no such document is attached to the Agreement. By December 18, 2023, the parties shall file a complete version of the Agreement including all exhibits internally referenced therein. Second, the Agreement does not appear to contain a representation that the primary language of Plaintiffs Maria Paz Ponce, Wilson Lozano Rey, and Sergio Alonso Cabrera Montoya is English, or, alternatively, that the Agreement was translated into their primary language(s) prior to execution. (Id.; see ECF No. 1 paragraph 79 (alleging that at least one Plaintiff's primary language is Spanish)). By December 18, 2023, Plaintiffs shall file a letter addressing this issue."

See Dkt. No. 60.

First, annexed hereto as "**Exhibit A**", kindly find the Defendants' executed Confession of Judgment, which is part-and-parcel to the parties' Settlement Agreement.

      Second, in response to the Court's Order asserting that, "the Agreement does not appear to contain a representation that the primary language of Plaintiffs [ ] is English, or, alternatively, that the Agreement was translated into their primary language(s) prior to execution," it is respectfully submitted that our office indeed translated the terms of the parties' Settlement Agreement to each of the Plaintiffs prior to their executions by a paralegal from our office. If necessary, we can provide the Court with an affidavit of translation by the paralegal who translated the agreement for Plaintiffs.

      We thank Your Honor for her kind consideration on this matter, and we remain available to provide any additional information necessary to approve the parties' Settlement Agreement.

      Respectfully submitted,

*Avraham Y. Scher*
Avraham Y. Scher, Esq.
Helen F. Dalton & Associates, P.C.
*Attorneys for the Plaintiffs*