UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA PAZ PONCE, WILSON LOZANO REY, and SERGIO ALONSO CABRERA MONTOYA, individually and on behalf of all others similarly situated,

                        Plaintiffs,

-v-

SAFI-G, INC. d/b/a CAFFE BUON GUSTO and NASSER GHORCHIAN,

                        Defendants.

CIVIL ACTION NO. 22 Civ. 4341 (SLC)

**ORDER APPROVING SETTLEMENT**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties in this wage-and-hour case under the Fair Labor Standards Act ("FLSA") have consented to my jurisdiction under 28 U.S.C. 636(c) and Fed. R. Civ. P. 73 for purposes of reviewing their proposed settlement (ECF No. 41), and have now submitted a joint letter-motion in support of settlement (ECF No. 59 (the "Motion")) and proposed settlement agreement (ECF No. 59-1 (the "Agreement")) for approval under Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015).  In addition, in response to the Court's requests (ECF Nos. 60; 62), Plaintiffs' counsel confirmed that the Agreement was translated into Spanish for Plaintiffs before execution and provided a copy of the executed Confession of Judgment annexed to the Agreement, and Plaintiffs' counsel submitted copies of their billing records, retainer agreements, and costs invoices.  (ECF Nos. 61 – 61-2; 63 – 63-3 (the "Supplemental Filing")).

Courts generally recognize a "strong presumption in favor of finding a settlement fair" in FLSA cases like this one, as courts are "not in as good a position as the parties to determine the reasonableness of an FLSA settlement." Souza v. 65 St. Marks Bistro, No. 15 Civ. 327 (JLC),

2015 WL 7271747, at *4 (S.D.N.Y. Nov. 6, 2015) (citation omitted). Having carefully reviewed the Motion, the Agreement, and the Supplemental Filing, the Court finds that all the terms of the Agreement, including the allocation of attorneys' fees and costs, appear to be fair and reasonable under the totality of the circumstances and in light of the factors enumerated in <u>Wolinsky v. Scholastic Inc.</u>, 900 F. Supp. 2d 332, 335 (S.D.N.Y. 2012). Accordingly, the Court approves the Agreement.

The Motion is GRANTED. This action is dismissed with prejudice and without costs except as stated in the Agreement. The Court retains jurisdiction to enforce the Agreement. The Clerk of Court is respectfully directed to close ECF No. 59 and to close this case.

Dated:   New York, New York
         December 27, 2023

                                                    SO ORDERED.

                                                    _____
                                                    **SARAH L. CAVE**
                                                    **United States Magistrate Judge**