

# HELEN F. DALTON & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, New York 11415
Tel. (718) 263-9591 Fax. (718) 263-9598

August 29, 2024

**Via ECF:**
The Honorable Sarah L. Cave, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

      Re:    ***Ponce et al v. Safi-G, Inc. et al***
            Civil Docket No.: 22-cv-04341 (SLC)

Dear Judge Cave:

    Our office represents Maria Paz Ponce, Wilson Lozano Rey, and Sergio Alonso Cabrera Montoya ("Plaintiffs") in this FLSA Action, and we respectfully submit this letter motion to respectfully request the Court to enforce the parties Settlement Agreement (the "Agreement").

## Procedural History

    On December 11, 2023, our office filed the parties' Motion for Settlement Approval and fully Executed Settlement Agreement with Confession of Judgment on December 18, 2023. *See* Dkt. Nos. 59 & 61. We further filed our supplemental submissions in support of Plaintiffs' counsel's requested costs and attorneys' fees on December 22, 2023. *See* Dkt. No. 63.

    On December 27, 2023, the Court approved the parties' Settlement. *See* Dkt. No. 64.

## Request to Enforce Agreement and Judgment against Defendants

    Based on the Court's approval date of the parties' settlement, Defendants were required to tender the first payment on January 27, 2024 but the same was made only on February 26, 2024. Further, to date, Defendants have only made one payment in the amount of $15,000.00 in favor of Plaintiffs and Helen F. Dalton & Associates, P.C. and have not made any payments since then. A true and correct copy of the parties' executed Agreement is attached hereto as **Exhibit A.**

    As such, Defendants are in default of the agreement for **six** outstanding monthly payments of $7,500.00, in favor of Plaintiffs and Helen F. Dalton & Associates, P.C.

    Despite our numerous emails and communication to Defendants' counsel to cure the Defendants default, Defendants have failed and continue to fail to render subsequent payments. On July 12, 2024, our office sent a Notice of Breach to Defendants' counsel via overnight mail

and electronic mail. A true and correct copy of the Notice of Breach is attached hereto as **Exhibit B**. We sent a follow-up e-mail on July 19, 2024 and another e-mail on July 24, 2024 to Defendants' counsel to cure the default.

To date, Plaintiffs and our office have not been able to receive any monthly installment payments from Defendants.

### Judgment Should Be Entered in the Amount of $97,500.00 As Against All Defendants

Accordingly, we respectfully request that Your Honor enter Judgment against the Defendants in the liquidated amount of $97,500.00 ($112,500.00 - $15,000.00) (the full amount of the Confession of Judgment, less all payments made), in addition attorneys' fees and statutory costs in connection with moving for such judgment and due to the Defendants' breach of the parties' Settlement Agreement; and in accordance with the terms of the parties' Settlement Agreement and Confessions of Judgment. *See*, Paragraph 2 of the Agreement. A copy of the fully executed Confession of Judgment is attached hereto as **Exhibit C**.

Further, the parties agreed that this Court will retain jurisdiction over this matter in the event either party defaults with respect to their obligations under the Agreement and to enforce the terms of the parties' Agreement. *See*, Paragraph 10 of the Agreement.

To that end, we have attached hereto as **Exhibit D**, a Proposed Judgment Order for the Court's review and execution.

### Closing

We thank Your Honor for her consideration on this matter, and we remain available to provide any additional information as required to enter judgment against the Defendants.

Respectfully submitted,

/s/
Roman Avshalumov, Esq.

CC: (counsel of record via ECF)

Michael King
Law Office of Michael A. King
41 Schermerhorn Street, Suite 228
Brooklyn, NY 11201
(646)-824-9710
(347)-227-1266 (fax)
romeo1860@aol.com
*ATTORNEYS FOR THE DEFENDANTS*