UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA PAZ PONCE, et al.,

                          Plaintiffs,

-v-

SAFI-G, INC. d/b/a CAFFE BUON GUSTO and
NASSER GHORCHIAN,

                          Defendants.

CIVIL ACTION NO.: 22 Civ. 4341 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

       On November 10, 2023, the parties to this action filed under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq., notified the Court that they had reached a settlement in principle. (ECF No. 55). On December 27, 2024, the Court reviewed and, pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015), approved the settlement agreement. (ECF No. 64). On August 29, 2024, Plaintiffs filed a Motion to Enforce the settlement agreement. (ECF No. 65 (the "Motion")). In support of the Motion, Plaintiffs have filed a copy of the approved settlement agreement, a notice of breach, and an executed confession of judgment. (ECF Nos. 65-1 – 65-3 (the "Supporting Exhibits")). The record indicates, however, that Plaintiffs have served the Motion and Supporting Exhibits on Defendants only via CM/ECF. To ensure Defendants have received notice of the Motion, by **Friday, October 25, 2024,** Plaintiffs shall (1) serve a copy of this Order, the Motion, and the Supporting Exhibits on Defendants via courier, by hand, or by certified mail, and (2) file proof of service on the docket.

Defendants shall submit their response to the Motion and Supporting Exhibits, if any, no later than **Friday, November 8, 2024.**  <u>IF DEFENDANTS FAIL TO RESPOND TO PLAINTIFFS' MOTION AND SUPPORTING EXHIBITS BY THIS DATE**,** THE COURT WILL DEEM THE MOTION UNOPPOSED</u>.

Dated:   New York, New York
October 21, 2024

SO ORDERED.

_____
**SARAH L. CAVE
United States Magistrate Judge**