

# HELEN F. DALTON & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415

Tel. (718) 263-9591 Fax. (718) 263-9598

December 17, 2024

**Via ECF**
The Honorable Judge Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **Ponce v. Safi-G Inc., et al.**
    **22-CV-4341 (SLC)**

Dear Judge Cave:

     Our office represents the Plaintiffs in the above-referenced matter and we submit this letter to advise the Court on the status of settlement and to withdraw Plaintiff's Motion to Enforce Judgment [Dkt. No. 65] pursuant to the Court's December 4, 2024 Order.

     We recently received checks from the Defendants in the amounts of the outstanding balances owed to all Plaintiffs and Plaintiffs' counsel. Barring any issues depositing or cashing these checks, we consider the settlement now paid in full and Defendants have cured the outstanding default. As such, Plaintiffs respectfully withdraw their Motion to Enforce Judgment.

     We thank the Court for its consideration and remain available to provide any additional information.

> The Court thanks Plaintiffs for the status letter and congratulates the parties on the successful execution of their settlement agreement.
>
> The Clerk of Court is respectfully directed to close ECF No. 65.
>
> SO ORDERED.   12/18/2024
>
> *Sarah Cave*
> SARAH L. CAVE
> United States Magistrate Judge

Respectfully submitted,

*James O'Donnell*
James O'Donnell, Esq.